**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

LARRY SERMENO,

Plaintiff,

v.

BUTTE COUNTY PROBATION DEPARTMENT, et al,

Defendants.

No. 2:25-cv-2505-DC-DMC

ORDER

Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for the appointment of counsel. See ECF No. 3.

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent plaintiffs in civil actions. See e.g. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the Court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the Court does not at this time find the required exceptional circumstances. Plaintiff argues that he has demonstrated a likelihood of success on the merits of his claims, which he asserts are legally complex. See ECF No. 3. Plaintiff also suggests that he

is unable to articulate his claims on his own. See id. A review of Plaintiff's complaint, as addressed in the accompanying order, reveals that, contrary to Plaintiff's assertion here, he is able to sufficiently articulate his claims on his own. The Court also finds that Plaintiff's claims are not sufficiently complex as to warrant the appointment of pro bono counsel at this time.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for a ruling on his motion for the appointment of counsel, ECF No. 5, is granted insofar as the Court now rules on Plaintiff's motion.

2. Plaintiff's motion for the appointment of counsel, ECF No. 3, is denied without prejudice to renewal following the filing of a response to Plaintiff's complaint.

Dated: August 18, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE