**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY SERMENO,<br>Plaintiff,<br>v.<br>BUTTE COUNTY PROBATION DEPARTMENT, et al,<br>Defendants. | No. 2:25-cv-2505-DC-DMC<br><br>ORDER |

Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for a settlement conference. See ECF No. 8. Plaintiff's motion is denied as premature because no defendants have been served and the matter is not yet at issue. The denial is without prejudice to renewal as a joint request of the parties made following the filing of an answer.

IT IS SO ORDERED.

Dated: August 18, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE