**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

LARRY SERMENO,

Plaintiff,

v.

DEBBIE GROVER, et al.,

Defendants.

No. 2:25-cv-2505-DC-ICD

ORDER

Plaintiff, who is proceeding pro se, brings this civil rights action. Pending before the Court is Plaintiff's motion seeking the following relief: (1) an extension of time to file objections to this Court's findings and recommendations issued on October 5, 2026; (2) for an extension of time to submit service documents; and (3) for the Clerk of the Court to re-serve documents previously forwarded to Plaintiff on September 29, 2026, to his old address. ECF No. 26. Plaintiff also advises the Court of a change of address incident to his recent arrest and incarceration at the Butte County Jail. Id. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff is once again cautioned that failure to comply with this order may result in dismissal of the action for lack of prosecution and failure to comply with court rules and orders. See E.D. Cal. L.R. 110.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 26, is granted.

2. Plaintiff's objections, if any, to the Court's findings and recommendations are due within 30 days of the date of this order.

3. The Clerk of the Court is directed to update Plaintiff's address to:

Larry Sermeno #156680
Butte County Jail
7 Gillick Way
Oroville, CA 95965

4. The Clerk of the Court is directed to serve on Plaintiff at his new address a summons in a civil case, the undersigned's new case documents, to USM-285 forms, and a copy of Plaintiff's original complaint.

5. Within 30 days of the date of this order, Plaintiff shall complete and file with the Court the attached Notice of Submission of Documents and the following: (a) a completed summons; (b) one completed USM-285 form for each defendant; and (c) three copies of the complaint.

6. The Clerk of the Court is directed to service a copy of this order on the United States Marshal at 501 'I' St., Sacramento, CA 95814.

Dated: October 26, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY SERMENO,<br>Plaintiff,<br>v.<br>DEBBIE GROVER, et al.,<br>Defendants. | No. 2:25-cv-2505-DC-ICD |

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the Court's order:

_1__ completed summons form.

_____ completed USM-285 form(s).

_____ copies of the complaint.

DATED: ____________________

______________________________
Plaintiff